**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**PAUL JONATHAN ENDSLEY,**

    Petitioner,

vs.
                                           **CASE NO. 5:04cv16-LAC/WCS**

**JAMES CROSBY,**

    Respondent.

    _____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 3, 2005. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of any portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus filed by Paul Jonathan Endsley pursuant to 28 U.S.C. § 2254, challenging his convictions for driving while under the influence (DUI) manslaughter and DUI with serious bodily injury in the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida, case number 98-2383H, is **DENIED WITH PREJUDICE**.

**DONE AND ORDERED** this 19th day of October, 2005.

s/*L.A. Collier*
**LACEY COLLIER**
**Senior United States District Judge**