IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PAUL JONATHAN ENDSLEY,

    Petitioner,

vs.                                          Case No. 5:04cv16-LAC/WCS

JAMES CROSBY,

    Respondent.

                                    /

## ORDER DENYING CERTIFICATE OF APPEALABILITY

This cause is before the court on Petitioner's notice of appeal and motion to proceed in forma pauperis on appeal. Docs. 22 and 23. Petitioner appeals the denial of his 28 U.S.C. § 2254 petition, so a certificate of appealability is required. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1).

> To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot*, includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were "'adequate to deserve encouragement to proceed further.'"

<u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84, 120 S.Ct. 1595, 1603-04, 146 L.Ed.2d 542 (2000); *quoting,* <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893, n. 4 103 S.Ct. 3383, 3394, n. 4, 77 L.Ed.2d 1090 (1983).

For the reasons set forth in the report and recommendation as adopted by the court, docs. 17 and 20, Petitioner is not entitled to a certificate of appealability as he has not made a substantial showing of the denial of a constitutional right. Leave to proceed in forma pauperis should also be denied. Fed.R.App.P. 24(a).

Accordingly, it is **ORDERED**:

A certificate of appealability **SHALL NOT ISSUE**. Petitioner's motion for leave to proceed in forma pauperis on appeal (doc. 23) is **DENIED**.

**DONE AND ORDERED** this 12th day of January, 2006.

s/ *L.A. Collier*
**LACEY A. COLLIER**
**Senior United States District Judge**